IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | PO 25-5001-H-KLD |
|---|---|
| Plaintiff, | VIOLATIONS:<br>F5457277<br>F5457278<br>Location Code: M5 |
| vs. | |
| DAIN L. BELL, | ORDER |
| Defendant. | |

Based upon the United States' motion to accept the defendant's payment of a $100 fine and $30 processing fee for the violation F5457277 (for a total of $130), and based upon the United States' motion to dismiss violation F5457279, and for good cause shown, **IT IS ORDERED** that the $130 fine paid by the defendant is accepted as a full adjudication of violation F5457277, and that violation F5457278 is dismissed.

**IT IS FURTHER ORDERED** that all court proceedings are VACATED.

DATED this 13th day of March 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge